## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Pedro AGUILAR-Ochoa

I, Leonel Palau, declare and state as follows:

On or about October 02, 2020 the defendant Pedro AGUILAR-Ochoa was apprehended near Encinal, Texas. After a brief interview it was determined that, Pedro AGUILAR-Ochoa was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Pedro AGUILAR-Ochoa was previously REMOVED from the United States on 02/23/2020 at Hidalgo, Tx. There is no record that Pedro AGUILAR-Ochoa has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of October, 2020 at Laredo, Texas.

Leonel Palau
Border Patrol Agent
United States Border Patrol